# TEXAS COURT OF APPEALS, THIRD DISTRICT, AT AUSTIN

## NO. 03-21-00365-CR

## Ex parte Mohammad Mahmood

### FROM THE 368TH DISTRICT COURT OF WILLIAMSON COUNTY
### NO. 16-2722-K368, THE HONORABLE DANIEL H. MILLS, JUDGE PRESIDING

## M E M O R A N D U M   O P I N I O N

Appellant Mohammad Mahmood has filed a motion to dismiss his appeal. The motion is signed by both appellant and his attorney. *See* Tex. R. App. P. 42.2(a). We grant the motion and dismiss the appeal. *See id.*

Chari L. Kelly, Justice

Before Chief Justice Byrne, Justices Kelly and Smith

Dismissed on Appellant's Motion

Filed: February 17, 2022

Do Not Publish